**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**NO. 5:25-CR-00223-D-KS-3**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER TO SEAL** |
| | ) | |
| **DARRYL CAMBPELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon motion of the Defendant and for good cause shown, the Court hereby ORDERS the Defendant's Motion to Continue Sentencing and the Court's Order approving the motion herein be sealed until further order of the Court.

The Court further ORDERS that the Clerk of Court may provide copies to the Defendant's Counsel.

This the 21 day of August, 2026.

J. Dever
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE